UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND      18-MD-2865 (LAK)
LITIGATION

This paper applies to All Cases.
------------------------------------x

# PRETRIAL ORDER NO. 5

LEWIS A. KAPLAN, *District Judge.*

      As counsel previously were notified, the oral argument on the motion to dismiss [DI 34 in 18-CV-4047(LAK)] will be heard on Monday, 11/5/2018 at 2:00 PM.

      SO ORDERED.

Dated:     November 1, 2018

/s/ Lewis A. Kaplan<br>
Lewis A. Kaplan<br>
United States District Judge