# Exhibit 12-B

A2

### First Alton Inc.
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

**INVOICE**

| | |
|---|---|
| Date: | **7-23-2015** |
| Invoice Number: | **07231501** |
| Due Date: | **08/15/15** |

FROM:    First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

TO:    Acai Investments Limited
Craigmuir Chambers
Road Town, Tortola
VG 1110, British Virgin Islands

TAX NOT APPLICABLE

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

**Name: First Alton Inc.**
**Bank: Wells Fargo**
**Account:** ████0267
**SWIFT Code: WFBIUS6S**
**Bank Address:** Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*R. Le*

**Roger Lehman**
**Director, First Alton Inc.**