# Exhibit 10



# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

| | |
|---|---|
| **Invoice Date** | 22nd January 2013 |
| **Invoice Number** | 00014 |
| **To** | Sterling Alpha LLC 401(k) Profit Sharing Plan<br>John Doscas |
| **Address** | 11 Sterling Lane,<br>Sands Point, NY 11050,<br>United States of America |

**Description**

| Description | Amount Euro |
|---|---|
| Amount due under Tax Reclaim Advisory Services Agreement | € 203,872.00 |
| **Total amount due in January 2013** | **€ 203,872.00** |

| | |
|---|---|
| Contact | Raj Shah |
| Contact Telephone | 00971 (0) 4 376 4200 |
| Contact Email | Ganymede@ganymedecayman.com |

**Amount due on invoice date.**

**Payment details:**
**Bank details:**

JPMORGAN CHASE BANK FRANKFURT        CHASDEFX
JPMORGAN CHASE BANK                  CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C # ▉▉▉▉3630
IBAN GB08CHAS60924241243630

ELYSIUM-00001683