Case 1:18-md-02865-LAK-RWL   Document 680   Filed 11/24/21   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: All Cases

MASTER DOCKET

18-md-2865 (LAK)

### STIPULATION AND [PROPOSED] ORDER
### EXTENDING TIME TO RESPOND TO LETTER MOTION FOR PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the current November 30, 2021 deadline for defendants to respond to the letter motion for protective order dated November 24, 2021 ("Letter Motion") (ECF No. 679) is hereby extended for one (1) day up to and including December 1, 2021.

This is the defendants' first request to modify the time to respond to the Letter Motion.

Dated: New York, New York
       November 24, 2021

By:   /s/ Sharon L. McCarthy
      Sharon L. McCarthy
      KOSTELANETZ & FINK LLP
      7 World Trade Center
      New York, NY 10007
      Telephone: (212) 808-8100
      smccarthy@kflaw.com

      *Lead Counsel for Defendants*

By:   /s/ Marc A. Weinstein
      (*e-signed with consent*)
      Marc A. Weinstein
      HUGHES HUBBARD & REED LLP
      One Battery Park Plaza
      New York, NY 10004
      Telephone: (212) 837-6000
      Fax: (212) 422-4726
      marc.weinstein@hugheshubbard.com

      *Counsel for Plaintiff Skatteforvaltningen
      (Customs and Tax Administration of the
      Kingdom of Denmark)*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ